138980

RECEIVED
BY MAIL

JAN 17 2002

CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

### *MOTION FOR ADMISSION PRO HAC VICE*

**Case Number:** 01-2264 JMR/FLN **Case Title:** Foster v Kmart

**Affidavit of Movant**

I, Richard A. Beens, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Patrick J. Toft, an attorney admitted to practice in the Easterm District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the (XXXXXXX)defendant Kmart Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 6105 Date: 1-16-02

**Affidavit of Proposed Admittee**

I, Patrick J. Toft, am currently a member in good standing of the U.S. District Court for the Eastern District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Patrick J. Toft Signature: [signature] Date: January 9, 2002

Attorney License Number: Wis. Bar. No. 1036746

Law Firm Name & Address: Foley & Lardner
777 East Wisconsin Avenue
Milwaukee, WI 53202-5367

Telephone: (414) 297-5861

Motion Granted: [signature] /lj
For the Court: Richard D. Sletten, Clerk

Date: JAN 17 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK