UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JAMES FOSTER,

Plaintiff,

v. **Case No. 01-CV-2264 JMR/FLN**

KMART CORPORATION,

Defendant.

---

**ORDER FOR DISMISSAL**

---

**ORDER**

Based upon the foregoing Stipulation,

IT IS ORDERED that the above-entitled action is dismissed with prejudice and without costs or fees to either party.

Dated: October 15, 2003.

BY THE COURT:

Hon. James Rosenbaum
Chief Judge, United States District Court
for the District of Minnesota

FILED OCT 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS